UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN WELLS,

    Defendant.

Case No. 3:20-po-168

District Judge Michael J. Newman

---

**ORDER: GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE CHARGES IN THIS CASE (DOC. NO. 3)**

---

For good cause shown, the Court hereby **GRANTS** the Government's motion to dismiss the charges in this case (doc. no. 3).

**IT IS SO ORDERED.**

Date: April 30, 2021

    s/ Michael J. Newman
    Hon. Michael J. Newman
    United States District Judge